### 43415.   KURTZ v. PARKER PLUMBING & HEATING COMPANY.

Felton, Chief Judge.   The Supreme Court on certiorari has reversed the judgment of this court which reversed the judgment of the trial court in this case, (*Parker Plumbing &c. Co. v. Kurtz,* 225 Ga. 31).   The judgment of reversal by this court is vacated and the judgment of the trial court is affirmed to comply with the mandate of the Supreme Court.

*Judgment affirmed.   Eberhardt and Whitman, JJ., concur.*

Decided February 12, 1969.

*Woodruff, Savell, Lane & Williams, Lawson A. Cox,* for appellant.
*Hurt, Hill & Richardson, James C. Hill, Arnold Wright, Jr., Bonneau Ansley,* for appellee.